MIE 1  
Revised 09/18

Order of the Court to Continue Supervision

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

MCMULLEN II, Ronald Darryl                               Crim. No.:  15-CR-20106-10

On March 10, 2021, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision.  The issue(s) of the violation(s) was/were heard in Court on March 17, 2021, and the Court made the following finding(s):

RONALD DARRYL MCMULLEN II admitted to violations 1, 2 and 3. RONALD DARRYL MCMULLEN II was continued on supervised release.

In light of the supervised releasee's compliance with the Court-ordered conditions of supervision since the violation hearing on March 17, 2021, the probation department recommends that the Court dispose of the violation matter and continue supervision.

                                                        Respectfully submitted,

                                                        s/Mark T. Burchell
                                                        United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect. There shall be zero tolerance for any violation of any terms of supervised release going forward.  It is further ordered that Defendant be released from incarceration.

Dated this 17th Day of March, 2021.

                                                        s/Matthew F. Leitman
                                                        Matthew F. Leitman
                                                        United States District Judge